FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JAN 30 AM 11: 19
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | CV 317-034 |
| HESTER FOODS, INC. d/b/a KENTUCKY FRIED CHICKEN, | * * * | |
| Defendant. | * | |

# O R D E R

Having considered the Joint Motion to Approve the Proposed Consent Decree and being fully aware of the matters in the file, the Court hereby **ORDERS**:

- That the Joint Motion to Approve the Proposed Consent Decree (doc. no. 24) is **GRANTED**;

- That the Clerk shall file this Order and the signed Consent Decree and provide copies to counsel of record.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE